```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 36437
   DWIGHT D. FRANCK
   VALERIE J FRANCK                          CHAPTER 13

                                             JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-1543     SSN XXX-XX-1417
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/09/05 and confirmed on 11/29/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 22570.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN BANK | SECURED | 6360.00 | 850.48 | 6360.00 |
| HICKORY POINT BANK & TRU | SECURED | 8500.00 | 1136.67 | 8500.00 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| VETERANS ADMINISTRATION | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1481.61 | .00 | 148.16 |
| SCOTT & CATHERINE PEREZ | UNSECURED | 18528.78 | .00 | 1852.88 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 9.00 | .00 | 9.00 |
| CHASE MANHATTAN BANK | UNSECURED | 268.52 | .00 | 26.85 |
| HICKORY POINT BANK & TRU | UNSECURED | 329.30 | .00 | 32.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 523.70 | .00 | 52.37 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14869.00 | .00 | 21131.91 | .00 | 36000.91 |
| PRINCIPAL PAID | 14869.00 | .00 | 2113.19 | .00 | 16982.19 |
| INTEREST PAID | 1987.15 | .00 | .00 | .00 | 1987.15 |
| TOTAL PAID | 16856.15 | .00 | 2113.19 | .00 | 18969.34 |

The Debtor's attorney, JOHN A REED                          , was allowed $   2700.00
and was paid $    406.00  direct and $   2294.00  through the plan.

The Trustee received $    979.44 .

Refunds to the Debtor totaled $    327.22 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/10/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                          PAGE  2
        CASE NO. 05 B 36437 DWIGHT D. FRANCK & VALERIE J FRANCK